# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SHARIDE DINKINS, JR., | Civil No. 3:21-cv-1135 |
| Petitioner | (Judge Mariani) |
| v. | |
| SUPERINTENDENT MASON, *et al.*, | |
| Respondents | |

## ORDER

**AND NOW**, this 25th day of June, 2021, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** the above-captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is further directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge