# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS SHARIDE DINKINS, JR.,** : | **CIVIL ACTION** |
| *Petitioner*, : | |
| v. : | |
| : | |
| **SUPERINTENDENT MASON, et al.,** : | **NO. 21-cv-2916** |
| *Respondents*. : | |

## ORDER

**AND NOW**, this **7th** day of **February 2022**, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (ECF No. 16), and consideration of Petitioner's Objections (ECF No. 17), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

It is **FURTHER ORDERED** that Petitioner's Request to Withdraw Claims (ECF No. 19) is **DENIED IN PART** to preserve the Deadly Weapon Enhancement Claim, and because this claim is not therefore withdrawn, the Motion to Amend the Petition (ECF No. 20) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**