# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS SHARIDE DINKINS, JR.,** | : | |
|     Petitioner, | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 21-CV-2916** |
| | : | |
| **SUPERINTENDENT MASON**, *et al.*, | : | |
|     Respondents. | : | |

## ORDER

**AND NOW**, this **9th** day of **December 2022**, in consideration of Petitioner Francis Sharide Dinkins, Jr.'s Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 31), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this case.

2. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Dinkins's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

3. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4. The Clerk of Court is **DIRECTED** to close this case.

                              **BY THE COURT:**

                              /s/ Chad F. Kenney

                              **CHAD F. KENNEY, J.**